No. 735. GORDON ET AL. *v.* WIRTZ ET AL. March 11, 1940. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c) of the Judicial Code (43 Stat. 936, 938), certiorari is denied. *Messrs. Marcellus Green, Garner W. Green,* and *C. C. Moody* for appellants. *Messrs. William Webb Venable* and *Charles H. Watson* for appellees.

No. 742. ARTHUR *v.* INDIANA. March 11, 1940. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Hendrick* v. *Maryland,* 235 U. S. 610; *Hicklin* v. *Coney,* 290 U. S. 169, 173; *Carley & Hamilton* v. *Snook,* 281 U. S. 66, 72–73. *Messrs. Sherman Minton* and *William C. Erbecker* for appellant. *Messrs. Omer Stokes Jackson,* Attorney General of Indiana, *Joseph W. Hutchinson,* and *Rexell A. Boyd,* Deputy Attorneys General, for appellee.